UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA :
:
vs. : 3:16-CR-194

FUHAI LI,
Defendant :

## PLEA

AND NOW, this 20th day of **July, 2016,** the within named Defendant, FUHAI LI, having been arraigned in open Court, hereby pleads **NOT GUILTY** to the within Indictment.

_____
Defendant



FILED
WILKES BARRE
JUL 21 2016
Per_____ MS