**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| UNITED STATES OF AMERICA | NO. 3:16-CR-194 |
| v. | (JUDGE CAPUTO) |
| FUHAI LI, | |
| Defendant. | |

## ORDER

**NOW**, this 14th day of February, 2017, **IT IS HEREBY ORDERED** that Defendant's Motion (Doc. 24) is **DENIED**.

(1)     Defendant's request for a bill of particulars is **DENIED**.

(2)     Defendant's request for immediate production of *Brady* material is **DENIED without prejudice**.

(3)     Defendant's request for immediate production of Jencks material is **DENIED without prejudice**.

(4)     Defendant's request for immediate notice of the Government's intention to offer evidence under Federal Rule of Evidence 404(b) is **DENIED without prejudice**.

(5)     Defendant's request for immediate notice of the Government's intention to offer evidence under Federal Rule of Evidence 807 is **DENIED without prejudice**.

(6)     Defendant's request for immediate notice of the Government's intention to offer evidence under Federal Rule of Evidence 801(d)(2) is **DENIED**.

(7)     Defendant's request for notice under Federal Rule of Criminal Procedure 12(b)(4)(B) is **DENIED without prejudice**.

(8)     Defendant's requests for the disclosure of grand jury materials are **DENIED**. Defendant's request for the Court to conduct an *in camera* review of grand jury materials is **DENIED**.

(9)     Defendant's request for the Government to preserve handwritten notes made in the course of the investigation is **DENIED as moot**.

(10)   Defendant's request for the immediate production of the Government's handwritten notes is **DENIED without prejudice**. Defendant may renew his motion at trial subject to a specific showing that any particular rough notes or investigative reports not otherwise produced arguably may contain information falling within the scope of *Brady* and/or the Jencks Act. Defendant's request for the Court to conduct an *in camera* review of any such notes is **DENIED without prejudice**.

(11)   Defendant's request for production of evidence under Federal Rule of Criminal Procedure 16 is **DENIED as moot**. Defendant's requests for information outside the ambit of Rule 16 is **DENIED**.

(12)   Defendant's request for leave to file additional motions is **DENIED without prejudice**. Defendant will be permitted to renew this request if it becomes necessary to file additional pretrial motions which reasonably could not have been anticipated within the time allocated for filing such motions in this case.

                    /s/ A. Richard Caputo
                    A. Richard Caputo
                    United States District Judge