# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA     :

              :

              :

   vs.          :   **3:16-CR-0194**

              :   *FILED*

FUHAI LI,          :  *WILKES BARRE*

              :

     Defendant     :  NOV 0 1 2017

**PLEA** Per _____ M̶_____

AND NOW, this _1st_ day of **November, 2017,** the within named

Defendant, FUHAI LI, having been arraigned in open Court, hereby pleads

**NOT GUILTY** to the within Superseding Indictment.

_____
Defendant