UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | : | NO. 3:16-CR-194 |
| | : | |
| v. | : | (JUDGE CAPUTO) |
| | : | |
| FUHAI LI, | : | (ELECTRONICALLY FILED) |
| Defendant | : | |

## GOVERNMENT'S MOTION IN LIMINE REGARDING ADMISSION OF ARCOS DATA

The United States of America, by and through Assistant United States Attorney Michelle Olshefski, hereby files this Motion in Limine to Authorize Admission of ARCOS data.

This Motion is based upon the attached memorandum of points and authorities, the files and records in this case, and such further evidence and arguments as the Court may permit.

    Respectfully submitted,

    DAVID J. FREED
    United States Attorney

By: /s/ Michelle L. Olshefski
    MICHELLE L. OLSHEFSKI
    Assistant U.S. Attorney

Dated: February 28, 2018

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | NO. 3:16-CR-194 |
| | : | |
| v. | : | (JUDGE CAPUTO) |
| | : | |
| FUHAI LI, | : | (ELECTRONICALLY FILED) |
| Defendant | : | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 28th day of February, 2018, I caused the foregoing "**Motion in Limine to Admit ARCOS Data**" to be served upon Michael Weinstein, Esquire, counsel of record for the defendant, and that Attorney Weinstein is a filing user under the ECF system.

/s/ Michelle L. Olshefski
Michelle L. Olshefski
Assistant U.S. Attorney