UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | NO. 3:16-CR-194 |
| | : | |
| v. | : | (JUDGE CAPUTO) |
| | : | |
| FUHAI LI, | : | (ELECTRONICALLY FILED) |
| Defendant | : | |

## JOINT MOTION FOR A ONE-PAGE VOIR DIRE QUESTIONNAIRE

COMES NOW, the United States, by and through the United States Attorney for the Middle District of Pennsylvania, along with counsel for defendant Fuhai Li, and file this joint motion requesting that the Court provide the venire with a one-page voir dire questionnaire.

Counsel for the parties have discussed the benefits of having a brief written questionnaire given to the venire when they show up for jury selection on Tuesday, May 1, 2018. The following five question would be requested as part of voir dire requests anyway, but the parties agree that the potential jurors may be more comfortable answering these questions if allowed to do so in private. The agreed-upon questions are as follows;

1.) Other than in hospital setting, have you ever been prescribed pain medication by a physician or other healthcare provider?

                Yes                                       No

2.) Has your life, or the life of a family member or close personal friend ever been affected, for good or for bad, by prescription pain medications?

    Yes                                    No

3.) Do you have any religious, spiritual or ethical beliefs that prohibit or strongly discourage the use of medications or drugs for medical treatment?

    Yes                                    No

4.) Have you, anyone in your immediate family, or a close personal friend, ever been treated for any kind of alcohol, drug, or other substance abuse?

    Yes                                    No

5.) Do you know anyone who developed an addiction to pain medication?

    Yes (after prescribed by a physician)

    Yes (after recreational use)

    No

The parties believe that utilizing this one-page questionnaire will lead to greater efficiency and will reduce the amount of time needed to select a jury.

Respectfully submitted,

DAVID J. FREED
United States Attorney

By: /s/ Michelle L. Olshefski
MICHELLE L. OLSHEFSKI
Assistant U.S. Attorney

Dated: February 28, 2018

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | : | NO. 3:16-CR-194 |
| --- | --- | --- |
| v. | : | (JUDGE CAPUTO) |
| FUHAI LI, | : | (ELECTRONICALLY FILED) |
| Defendant | : | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 28th day of February, 2018, I caused the foregoing "Joint Motion for a One-Page Voir Dire Questionnaire" to be served upon defense counsel Michael Weinstein and William Ruzzo, counsel of record for the defendant, and that defense counsel are filing users under the ECF system.

/s/ Michelle L. Olshefski
Michelle L. Olshefski
Assistant U.S. Attorney