IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | NO. 3:16-CR-194 |
| Plaintiff | : | |
| v. | : | (Judge Richard Caputo) |
| FUHAI LI, | : | |
| Defendant | : | |

## CERTIFICATE OF NONCONCURRANCE

Undersigned counsel hereby certifies that Michelle Olshefski, Assistant U.S. Attorney, does not agree to the same.

*/s/ William Ruzzo*
_____
WILLIAM RUZZO, ESQUIRE
Attorney I.D. 75865
590 Rutter Avenue
Kingston, PA 18704
Phone (570) 288-7799
Fax (570) 288-7798

Date: March 8, 2018