**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 3:16-CR-00194 |
| v. | (JUDGE CAPUTO) |
| FUHAI LI, | |
|    Defendant. | |

## ORDER

**NOW**, this 13th day of March, 2018, **IT IS HEREBY ORDERED** that:

(1)    Defendant Fuhai Li's Motion for Additional Discovery (Doc. 58) is **DENIED without prejudice**.

(2)    Defendant Fuhai Li's Motion for a Bill of Particulars (Doc. 59) is **DENIED**.

(3)    Defendant Fuhai Li's Motion for Separate Trial (Doc. 60) is **DENIED**.

(4)    Defendant Fuhai Li's Motion to Dismiss (Doc. 61) is **DENIED**.

(5)    Defendant Fuhai Li's Motion for Return of Property (Doc. 63) is **DENIED**.


                                         /s/ A. Richard Caputo
                                         A. Richard Caputo
                                         United States District Judge