# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 3:16-CR-00194 |
| v. | (JUDGE CAPUTO) |
| FUHAI LI, | |
| Defendant. | |

## ORDER

**NOW**, this 20th day of March, 2018, upon consideration of Defendant Fuhai Li's Reply Brief to the Government's Brief in Opposition to his Motion in Limine to Exclude Expert Opinions and Testimony, ("Reply Brief") (*Doc.* 111) **IT IS HEREBY ORDERED** that:

(1) Defendant Li's Reply Brief is **STRICKEN FROM THE RECORD** for non-compliance with the Federal Rules of Criminal Procedure and this Court's Local Rules.

   (a) Federal Rule of Criminal Procedure 49, by reference to Federal Rule of Civil Procedure 11(a), requires all papers be signed by at least one attorney.

   (b) Local Rule 5.6 and Federal Rule of Criminal Procedure 49, by reference to Federal Rule of Civil Procedure 5(d)(3), require electronic filings be signed and verified by at least one attorney.

   (c) Federal Rule of Criminal Procedure 49, by reference to Federal Rule of Civil Procedure 5(d)(1), requires a Certificate of Service accompany any paper–such as a brief–that requires service.

(d) Local Rule 5.3 requires all documents filed include the assigned judge's name directly below the case number. Stated differently, all filings are required to include a case caption.

(e) Local Rule 5.1(c) requires the text in all papers be double-spaced.

(2) Defendant Li must file an amended Reply Brief compliant with the Federal Rules of Criminal Procedure and this Court's Local Rules by **March 22, 2018**.

/s/ A. Richard Caputo

A. Richard Caputo
United States District Judge