# UNITED STATES DISTRICT COURT
# FOR THE
# MIDDLE DISTRICT OF PENNSYLVANIA

United States of America : Case No. 3:16 – CR - 194
     v. :
Fuhai Li :
    Defendant :
  :

## ORDER

AND NOW this _____ day of _____, 2018, upon consideration of the within Motion to Quash Subpoena to Produce Documents, Information, or Objects in a Criminal Case issued to Pike County Children and Youth, any agent or co-worker at Pike County Children and Youth Services in the matter of United States of America v. Fuhai Li is GRANTED and Subpoena is hereby dismissed.

                                              BY THE COURT:

                                              _____
                                              Hon.

cc:    Thomas F. Farley, Esq., Solicitor
        Pike County Children and Youth Services
        United States Attorney
        Michael E. Weinstein, Esq.
        Court Administrator

# UNITED STATES DISTRICT COURT
# FOR THE
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| United States of America : | Case No. 3:16 – CR - 194 |
| v. : | |
| Fuhai Li : | |
| Defendant : | |
| : | |

## MOTION TO QUASH SUBPOENA

AND NOW comes Pike County Children and Youth Services, by and through its Council, Thomas F. Farley, Esquire and files the following Motion to Quash Subpoena:

1. That the Petitioner, Pike County Children and Youth Services, is an Agency of the County of Pike responsible for providing service to children and youth throughout the county of Pike.

2. That the information in case files kept at the offices of PCCY are governed by statute and administrative rules which require that certain information is confidential and may not be disseminated.

3. Child Protective Service Law (CPSL) § 6339 – outlines that reports made pursuant to this chapter, including, but not limited to, report summaries of child abuse and written reports made pursuant to § 6313 as well as any other information obtained, reports written, photographs or x-rays taken concerning alleged instances of child abuse in the possession of the department or county agency shall be kept confidential.

4. That on or about May 7th, 2018 a Subpoena to Produce Documents, Information, or Objects in a Criminal Case was delivered to the Agency requesting "Any and all investigative reports related to Rachel Scarpa and Wyatt Scarpa. Any and all documents, including but not limited to, subpoenas from U.S. Attorney's Office, DEA." by May 12th, 2018.

5. Ms. Rachel Scarpa is not a party to the action, as indicated in the above caption.

6. Wyatt Scarpa, minor child, is not a party to the action, as indicated in the above caption.

7. The Agency objects in the fact that if the Agency had any information regarding Ms. Rachel Scarpa and Wyatt Scarpa, that information would be privileged, confidential or otherwise protected and irrelevant to the subject matter of this litigation.

8. That the information contained in case files kept at the offices of PCCY is confidential and may not be disseminated without specific Court Order.

WHEREFORE, the Petitioner respectfully requests that in the interest of justice that this Honorable Court quash the Subpoena to Produce Documents, Information, or Objects in a Criminal Case issued to Pike County Children and Youth, any agent or co-worker at Pike County Children and Youth Services in the matter of United States of America v. Fuhai Li.

Respectfully submitted,

_____
Thomas F. Farley, Esq.
Solicitor for Pike County
506 Broad St.
Milford, PA 18337
(570) 296-3446

# CERTIFICATE OF SERVICE

I, Thomas F. Farley, Esq., Solicitor for Pike County Children and Youth Services, hereby certify that on May 9th, 2018, a true and correct copy of the foregoing Motion to Quash Subpoena was served upon the following individuals via Facsimile and First Class Regular Mail:

> Michael E. Weinsein, Esq.
> 401 Broad Street
> Milford, PA 18337
> Fax: 570-296-8600

And by First Class Regular mail:

> U.S. Attorney
> William J. Nealon Federal Building and Courthouse
> 235 N. Washington Avenue, Suite 311
> Scranton, PA 18503

Thomas F. Farley, Esq.
Solicitor for Pike County Children and Youth
506 Broad St.
Milford, PA 18337
(570) 296-7613