# UNITED STATES DISTRICT COURT
## FOR THE
### MIDDLE DISTRICT OF PENNSYLVANIA

United States of America        :        Case No. 3:16 – CR - 194

       v.        :

Fuhai Li        :

    Defendant        :

                :

## ORDER

AND NOW this _17th_ day of _May_, 2018, upon consideration of the

within Motion to Quash Subpoena to Produce Documents, Information, or Objects in a

Criminal Case issued to Pike County Children and Youth, any agent or co-worker at

Pike County Children and Youth Services in the matter of United States of America v.

Fuhai Li is GRANTED and Subpoena is hereby dismissed.

BY THE COURT:

_____

Hon.

cc:    Thomas F. Farley, Esq., Solicitor
       Pike County Children and Youth Services
       United States Attorney
       Michael E. Weinstein, Esq.
       Court Administrator