**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

UNITED STATES OF AMERICA

    v.

FUHAI LI,

    Defendant.

NO. 3:16-CR-0194

(JUDGE CAPUTO)

## **ORDER**

**NOW**, this 12th day of March, 2019, **IT IS HEREBY ORDERED** that Dr. Fuhai Li's Motion for Judgment of Acquittal (Doc. 181) is **DENIED**.

                                          /s/ A. Richard Caputo
                                          A. Richard Caputo
                                          United States District Judge