UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 19-1875
_____

UNITED STATES OF AMERICA

v.

FUHAI LI,
         Appellant

_____

Appeal from the United States District Court
for the Middle District of Pennsylvania
(D.C. Criminal Action No. 3-16-cr-00194-001)
District Judge: Honorable A. Richard Caputo

_____

Submitted Under Third Circuit L.A.R. 34.1(a)
April 14, 2020

Before: AMBRO, JORDAN and SHWARTZ, <u>Circuit Judges</u>

## JUDGMENT

    This cause came on to be heard on the record before the United States District Court for the Middle District of Pennsylvania and was submitted on April 14, 2020.

    On consideration whereof, IT IS ORDERED AND ADJUDGED by this Court that the judgment of the District Court entered April 3, 2019, is hereby affirmed.  All of the above in accordance with the opinion of this Court.

ATTEST:

s/ Patricia S. Dodszuweit
Clerk

Dated: July 9, 2020